# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:16-cv-968 (ABJ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bank of America, N.A., and Defendants the United States Department of Labor, the Secretary of Labor, the Office of Federal Contract Compliance Programs (OFCCP), and the Acting Director of OFCCP hereby stipulate to the dismissal, with prejudice, of the above-captioned action.

DATED:  December 6, 2018

    Respectfully submitted,

    Plaintiff's Counsel:

*/s/ ELENA D. MARCUSS*
ELENA D. MARCUSS (Bar No. MD25547)
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4454 (tel)
(410) 659-4599 (fax)
emarcuss@mcguirewoods.com

Defendants' Counsel:

JOSPEH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director

*/s/ Peter T. Wechsler*
PETER T. WECHSLER (MA Bar)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov